Honorable Judge Maloney,

I sincerely apologize for the crimes I committed and for the harm I caused my victims and their families. Due to my depraved online behavior, I am now a convicted sex offender and I have come to accept that I may never live as a free man ever again. I have earned this fate. Going forward, I must live with the consequences of my actions and I will make the permanent changes to who I am on the inside so that I will never again lose focus on what is right and what is wrong.

As an arrogant and entitled person, I rarely thought about how my actions affected other people. I used academic achievement, social status, and overt displays of financial success to define who I was and I worked each day to hide the insecurity and loneliness I felt on the inside. When Kent County Sheriff detectives came to my office three and a half years ago, I was a severely broken man. And when they asked if I ever requested explicit photos from underage girls online, I was in denial about what I had done and I had just one goal — to protect my reputation at all costs.

When I was arrested by Kent County seven months later, instead of embracing humility and atoning for my depraved online behavior, I avoided responsibility and continued my

comfortable and privileged life. I have had countless hours to think about why I avoided responsibility for my actions and I have come to the conclusion that I thought I was above the law and that the rules did not apply to me. I was dillusional and I never considered that it was me who needed to change. During times when I felt guilty and insecure, I distracted myself from these feelings by having random online video conversations with strangers. Online, I could continue my dillusion and be anyone I wanted to be—free from the judgement and embarrassment I felt deep down. This reckless and cowardly habit became depraved as well, when I had an extremely inappropriate conversation with an underage girl and later sent her explicit text messages.

How did I not see how destructive my online behavior was? How did I think that these conversations with strangers could ever be ok? Sadly, I also know that my reckless and reprehensible online behavior would never have completely stopped if not for the federal search of my boat. At this point, I was finally forced to see the true extent and depravity of my actions and why I needed to change for good.

Immediately after the federal search of my boat, I began making the important changes in my life that I should have started years ago. I saw my therapist regularly, I reconnected with

my Christian Faith, and I began cooking and caring for my young family in ways that gave me peace and new purpose. I had finally started to become a competant and engaged father — something that never would have been possible in the past, when I was entitled and broken. And with this new purpose and perspective, my desire to avoid feeling vulnerable and instead, have destructive online interactions with strangers, began to fade as well.

A year after my boat was searched, I was arrested by Homeland Security agents as I walked to the park with my son. When I close my eyes, I still see him looking back for me as I was taken away. This incredibly painful moment will haunt me for the rest of my life and each time my cell door slams shut, I am reminded how my selfish decisions caused so much loss and damage for so many people

As a federal inmate, I now know how privileged I was and just how little most people are given in life. My complete lack of respect for the opportunities given to me and how I threw everything away is sickening; but at the same time, this devastating experience has made me open my eyes and finally take action and care for those who are less fortunate. Whether helping a fellow inmate read a letter, consoling them during difficult times, or cutting their hair before an upcoming court

date, I am incredibly thankful for my new life and purpose — a life that is truly worth living and striving for.

I want the court to know that this process and the devastating consequences of my past actions have changed me forever. I am no longer the broken man I used to be and I now have the perspective and purpose to permanently change who I am on the inside. Going forward, whether my remaining years are spent in prison or if I am oneday able to be free again, my life's purpose will never change:

- I will always care for other people and put their needs first
- I will always work to improve who I am on the inside
- I will never commit another crime, and
- I will never let God, my family, or my children down ever again.

Sincerely,

Thomas Patrick Shannon