UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| | ) | No. 1:25-cr-149 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| THOMAS PATRICK SHANNON, Defendant. | ) | |

**ORDER HOLDING MOTION IN ABEYANCE**

The government filed a motion to amend the amount of restitution. ECF No. 73. The government requests an additional $5,200 in restitution to cover future counseling and therapy sessions for one of the victims.

In October 2025, Defendant Shannon agreed to plead guilty to two criminal charges. The court sentenced Defendant on February 24, 2026. Defendant filed a notice of appeal on March 4, and the Sixth Circuit Court of Appeals has assigned a case number to the appeal. The government filed the pending motion to amend the restitution order on April 17, 2026.

The act of filing a notice of appeal has "jurisdictional significance" as the notice divests the district court of jurisdiction and transfers jurisdiction to the court of appeals. *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam); *Greer v. Strange Honey Farm, LLC*, 114 F.4th 605, 612 (6th Cir. 2024). Circuit courts have applied this general rule to restitution orders. *See United States v. Patel*, No. 06-60006, 2009 WL 3232792, at *2 (W.D. La. Sept. 9, 2009) (collecting cases). Adding additional restitution would not fit in the narrow exceptions to the general rule.

The court presently lacks jurisdiction over this action and cannot address the government's motion. Therefore, the court **HOLDS** the government's motion to amend restitution, ECF No. 73, **IN ABEYANCE** until the circuit court resolves the appeal and remands the lawsuit to this court. **IT IS SO ORDERED.**

Date: May 21, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge