UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS PATRICK SHANNON,

Defendant.
_______________________________/

Case No. 1:25-cr-00149

Hon. Paul L. Maloney
U.S. District Judge

**MOTION FOR FINAL ORDER OF FORFEITURE**

Plaintiff United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture for the reasons set forth below. A proposed order is submitted with this motion.

1. In the Forfeiture Allegation of the Felony Information in this case, the United States, pursuant to 18 U.S.C. § 2253, sought forfeiture of certain property described as:

a. Apple iPhone 12 Max Pro and

b. $14,439.76 in U.S. Currency as substitute *res* in lieu of 2005 Sea Ray 52ft, 03in Fiberglass Inboard Cabin Motorboat, named "Boat Times," Hull ID/serial: US-SERP6558E505, MC #4901SV.

(hereinafter the "Subject Vessel") (hereinafter "Subject Property").

2. Defendant Thomas Patrick Shannon entered a plea agreement with the United States and consented to the forfeiture of his interest in the Subject Property to the United States. Defendant pled guilty to two counts of sexual exploitation of a minor or attempted sexual exploitation of a minor, as charged within the Felony

Information, in violation of 18 U.S.C. § 2251(a).

3. By virtue of the plea agreement and Defendant's guilty plea, this Court found that the United States established the requisite nexus between the Defendant's criminal activity and the Subject Property, and accordingly, entered a Preliminary Order of Forfeiture regarding the Subject Property on February 23, 2026. (R.60, PageID.388-399.)

4. In accordance with 21 U.S.C. § 853(n)(1), the United States published a notice of forfeiture online for thirty days at www.forfeiture.gov beginning February 24, 2026. (*See* Exhibit 1.)

5. Pursuant to 21 U.S.C. § 853(n), any person asserting a legal interest in the Subject Property may petition the Court for a hearing to adjudicate the validity of his/her alleged interest. All petitions regarding the Subject Property were due on or before April 25, 2026. 21 U.S.C. § 853(n)(2).

6. The Government additionally directly notified known potential interested parties via certified mail beginning on February 24, 2026. (*See* Exhibit 2.)

7. The lienholder of the Subject Vessel, Grand River Bank ("GRB"), the United States, and the Defendant, through counsel, entered into a Settlement Agreement regarding the Subject Vessel. (R.57-1: Settlement Agreement; PageID.373-380.) The Settlement Agreement provided notice and settled all known parties interest in the Subject Vessel. The agreement allowed for an interlocutory sale of the Subject Vessel, including terms of priority for payment and expenses incurred by the government and GRB. After GRB closed on the sale of the Subject

Vessel, the amount remaining following liquidation and fees is $14,439.76 in U.S. Currency, which substitute *res* in lieu of the Subject Vessel and subject to forfeiture to the United States.

8. No petitions were filed in this case. Therefore, any third-party interests are barred by failure of those parties to file a timely petition. 21 U.S.C. § 853(n)(7).

Accordingly, the United States respectfully requests that this Court enter a final order of forfeiture as proposed in the attached order.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: September 3, 2026

/s/ Daniel T. McGraw
DANIEL T. McGRAW
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(6l6) 456-2404