U.S. Department of Justice

*Timothy VerHey*
*United States Attorney's Office*
*Western District of Michigan*

*The Law Building*
*330 Ionia Avenue, NW*
*Suite 501*
*Grand Rapids, Michigan 49503*

*Mailing Address:*
*United States Attorney's Office*
*Post Office Box 208*
*Grand Rapids, Michigan 49501-0208*

*Telephone (616) 456-2404*
*Facsimile (616) 456-2408*

March 11, 2026

**CERTIFIED MAIL #9589 0710 5270 2436 8193 21**
**RETURN RECEIPT REQUESTED**

Katherine Shannon
[redacted]
Henrico, VA 23229

Re: *United States v. Thomas Patrick Shannon*
File No. 1:25-cr-149
Asset ID: 25-CBP-000674 – 2005 Sea Ray Motorboat

Dear Ms. Shannon:

Enclosed please find a Preliminary Order of Forfeiture in the above referenced case. If you wish to contest this matter, you have thirty (30) days from receipt of this notice to petition the court for a hearing to adjudicate the validity of any alleged interest in the property pursuant to Title 21, United States Codes, Section 853(n)(2), (3).

Any claim or petition for remission you filed with the seizing agency in an administrative proceeding action is **NOT** a substitute for the claim you must file in this action which meets the requirements of and within the time allowed under Rules G(4) and G(5), as described above.

Sincerely,

TIMOTHY VERHEY
United States Attorney

*/s/ Daniel T. McGraw*

DANIEL T. McGRAW
Assistant United States Attorney

9589 0710 5270 2436 8193 21

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
**Total Postage and Fees**
$

Postmark Here

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Exhibit 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Katherine Shannnon**
[redacted]
**Henrico, VA 23229**

9590 9402 9952 5335 3987 04

2. Article Number (Transfer from service label)
9589 0710 5270 2436 8193 21

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ ...ct on Delivery Restricted Delivery
- ...d Mail
- ...d Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

x return receipt

Domestic Return Receipt

**ALERT: IMPACTS FROM SUPER TYPHOON SINLAKU IN THE MARIANA ISLANDS MAY DELAY F...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9589071052702436819321**

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 8:13 am on March 23, 2026 in HENRICO, VA 23229.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

HENRICO, VA 23229
March 23, 2026, 8:13 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Exhibit 2

**U.S. Department of Justice**

*Timothy VerHey*
*United States Attorney's Office*
*Western District of Michigan*

*The Law Building*
*330 Ionia Avenue, NW*
*Suite 501*
*Grand Rapids, Michigan 49503*

*Mailing Address:*
*United States Attorney's Office*
*Post Office Box 208*
*Grand Rapids, Michigan 49501-0208*

*Telephone (616) 456-2404*
*Facsimile (616) 456-2408*

February 24, 2026

**CERTIFIED MAIL #9589 0710 5270 2436 8192 84**
**RETURN RECEIPT REQUESTED**

Patrick Shannon
[redacted]
Sault Ste. Marie, MI 49783

Re: *United States v. Thomas Patrick Shannon*
File No. 1:25-cr-149
Asset ID: 25-CBP-000674 – 2005 Sea Ray Motorboat

Dear Mr. Shannon:

Enclosed please find a Preliminary Order of Forfeiture in the above referenced case. If you wish to contest this matter, you have thirty (30) days from receipt of this notice to petition the court for a hearing to adjudicate the validity of any alleged interest in the property pursuant to Title 21, United States Codes, Section 853(n)(2), (3).

Any claim or petition for remission you filed with the seizing agency in an administrative proceeding action is **NOT** a substitute for the claim you must file in this action which meets the requirements of and within the time allowed under Rules G(4) and G(5), as described above.

Sincerely,

TIMOTHY VERHEY
United States Attorney

*/s/ Daniel T. McGraw*

DANIEL T. McGRAW
Assistant United States Attorney

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

*Sent To*
*Street and Apt. No., or PO Box No.*
*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Exhibit 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Patrick Shannon**
[redacted]
**Sau[redacted]te. Marie, MI 49783**

9590 9402 9952 5335 3987 42

2. Article Number *(Transfer from service label)*

9589 0710 5270 2436 8192 84

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☑ Addressee

B. Received by *(Printed Name)*
Patrick Shannon

C. Date of Delivery
2/27/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Mail
- Mail Restricted Delivery
- 500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

x return receipt

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Exhibit 2

**U.S. Department 'ustice**

*Timothy VerHey*
*United States Attorney's Office*
*Western District of Michigan*

*The Law Building*
*330 Ionia Avenue, NW*
*Suite 501*
*Grand Rapids, Michigan 49503*

*Mailing Address:*
*United States Attorney's Office*
*Post Office Box 208*
*Grand Rapids, Michigan 49501-0208*

*Telephone (616) 456-2404*
*Facsimile (616) 456-2408*

February 24, 2026

**CERTIFIED MAIL #9589 0710 5270 2436 8192 91**
**RETURN RECEIPT REQUESTED**

Katherine Shannnon
[redacted]
Traverse City, MI 49686

Re: *United States v. Thomas Patrick Shannon*
File No. 1:25-cr-149
Asset ID: 25-CBP-000674 – 2005 Sea Ray Motorboat

Dear Ms. Shannon:

Enclosed please find a Preliminary Order of Forfeiture in the above referenced case. If you wish to contest this matter, you have thirty (30) days from receipt of this notice to petition the court for a hearing to adjudicate the validity of any alleged interest in the property pursuant to Title 21, United States Codes, Section 853(n)(2), (3).

Any claim or petition for remission you filed with the seizing agency in an administrative proceeding action is **NOT** a substitute for the claim you must file in this action which meets the requirements of and within the time allowed under Rules G(4) and G(5), as described above.

Sincerely,

TIMOTHY VERHEY
United States Attorney

*/s/ Daniel T. McGraw*

DANIEL T. McGRAW
Assistant United States Attorney

9589 0710 5270 2436 8192 91

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark
Here

*Sent To*
*Street and Apt. No., or PO Box No.*
*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Exhibit 2

Exhibit 2

CERTIFIED MAIL®

U.S. Department of Justice
United States Attorney's Office
*Western District of Michigan*
*P.O. Box 208*
*Grand Rapids, Michigan 49501-0208*

Official Business

GRAND RAPIDS MI 493
25 FEB 2026 PM 3 L

FIRST-CLASS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE PITNEY BOWES
ZIP 49503 $ 010.0
02 7W
0000058451 FEB. 24. 2026

9589 0710 5270 2436 8192 91

Katherine Shannnon
[redacted]
Traverse City, MI 49686

NIXIE 482 DE 1 0003/06/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK
49686-352485
49501020808

BC: 49501020808 *1364-03382-25-42