UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS PATRICK SHANNON,

Defendant.
_______________________________/

Case No. 1:25-cr-00149

Hon. Paul L. Maloney
U.S. District Judge

# FINAL ORDER OF FORFEITURE

The government's Motion for Final Order of Forfeiture details the procedural and notice predicate for the requested Final Order. The United States provided notice of the Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. No third party petitions were filed. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED that:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253:

   a. Apple iPhone 12 Max Pro and
   b. $14,439.76 in U.S. Currency as substitute *res* in lieu of 2005 Sea Ray 52ft, 03in Fiberglass Inboard Cabin Motorboat, named "Boat Times," Hull ID/serial: US-SERP6558E505, MC #4901SV.

(hereinafter the "Subject Vessel") (hereinafter "Subject Property").

2. Pursuant to 21 U.S.C. § 853(n)(7), all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

3. The Subject Property shall be disposed of by the United States Department of Homeland Security - Immigration and Customs Enforcement and/or its designee according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED.**

Dated: September 4, 2026

/s/ Paul L. Maloney
PAUL L. MALONEY
U.S. District Court Judge